UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY GRECO, ERIC HANDLER, )
CEDRIC ALAN DIAL, PETER JASON )
HELFRICH, and 17 Others named, so situate, ) Case No. 2:15-cv-01370-MMD-PAL
et al., )
 )
      Plaintiffs, )
 )
v. )
 )
NYE COUNTY DISTRICT JUDGE ROBERT )
LANE, et al., )
 )
      Defendants. )
 )

## [~~PROPOSED~~] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be served upon the defendants by the relator and the case be unsealed; to the extent that the court allows the action to proceed;

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause at any time;

3. The parties shall serve all notices of appeal upon the United States;

4. All orders of this Court shall be sent to the United States; and

5. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting approval.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 21, 2015