UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY GRECO, et al.,<br><br>                Plaintiffs,<br>  v.<br><br>ROBERT LANE, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01370-MMD-PAL<br><br>ORDER |

Plaintiff Peter Jason Helfrich seeks a temporary restraining order ("TRO") and a preliminary injunction ("PI") to facilitate his access to legal supplies while incarcerated. (Dkt. nos. 10, 11.) In July 2015, Helfrich, along with three other plaintiffs, signed a Complaint that was filed as an attachment to Plaintiff Anthony Greco's application to proceed *in forma pauperis* ("IFP Application"). (Dkt. no. 1.) Greco was the only plaintiff to file an IFP Application (*id.*); the Court has since denied his application without prejudice. (Dkt. no. 19.)

On February 10, 2016, following the denial of Greco's IFP Application, Helfrich filed an IFP Application of his own. (Dkt. no. 23.) Helfrich, however, filed the TRO and PI Motions ("the Motions") on November 5, 2015 — well before he filed his IFP Application. (*See* dkt. nos. 10, 11.) The Court has not yet issued a decision on Helfrich's February IFP Application. Because they were filed before Helfrich filed his IFP Application, the Motions are premature. The Court will accordingly deny the Motions without prejudice.[1]

---

[1] Furthermore, in reviewing the Motions, the Court does not find any indication that Helfrich faces imminent harm pending a decision on his IFP Application.

It is therefore ordered that Helfrich's Emergency Motion for a Preliminary Injunction (dkt. no. 10) and his Emergency Motion for a Temporary Restraining Order (dkt. no. 11) are denied without prejudice.

DATED THIS 6th day of April 2016

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE