AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF  NEVADA

ANTHONY GRECO, et al.,

      Plaintiff(s),

v.

ROBERT LANE, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:15-cv-01370-MMD-PAL**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a sufficient application to proceed *in forma pauperis*.

December 30, 2016

**LANCE S. WILSON**
Clerk

 /s/ K. Rusin
Deputy Clerk